UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KAREN L. BRILMYER, | ) | |
| Plaintiff | ) | C.A. No. 04-40258 FDS |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF CHICAGO | ) | |
| AND THE STANDARD | ) | |
| INSURANCE COMPANY, | ) | **STIPULATION** |
| Defendants | ) | |

Plaintiff and defendants agree that defendants may have up to and including January 31, 2005 to respond to the complaint.

_____
Peter C. Lacy, Esq.
BBO# 647935
Attorney for Plaintiff
121 Broad Street
Jefferson, MA 01522
(508) 829-9997

_____
Brooks R. Magratten, Esq.
BBO# 650393
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 277-6803 [FAX]

Dated: January        , 2005