UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN L. BRILMYER,<br>    Plaintiff | )<br>)   C.A. No. 04-40258 FDS<br>) |
| v. | )<br>) |
| UNIVERSITY OF CHICAGO<br>AND THE STANDARD<br>INSURANCE COMPANY,<br>    Defendants | )<br>)<br>)   **STIPULATION**<br>) |

       Plaintiff and defendants agree that defendants may have up to and including February 18, 2005 to respond to the complaint.

_____
Peter C. Lacy, Esq.
BBO# 647935
Attorney for Plaintiff
121 Broad Street
Jefferson, MA 01522
(508) 829-9997

_____
Brooks R. Magratten, Esq.
BBO# 650393
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 277-6803 [FAX]

Dated: January 27, 2005