UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAREN L. BRILMYER,           )
      Plaintiff           )   C.A. No. 04-40258 FDS
                           )
v.                           )
                           )
UNIVERSITY OF CHICAGO        )
AND THE STANDARD             )
INSURANCE COMPANY,           )
      Defendants          )

## ASSENTED-TO MOTION TO RESCHEDULE RULE 16 CONFERENCE

Defendants University of Chicago and Standard Insurance Company move to reschedule the Rule 16 conference – now scheduled for May 20, 2005 at 10:15 am – to another date, preferably May 23, 25, 27, June 2 or 6. The reason for this motion is that defense counsel is previously scheduled to be in California on May 20th to attend a seminar and for vacation.

Plaintiff's counsel has advised that he has no objection to this motion and is available on the alternate dates indicated.

Brooks R. Magratten, Esq.  BBO# 650393
VETTER & WHITE
Attorneys for defendants
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: April 18, 2005

## CERTIFICATE OF SERVICE

TO:

Peter C. Lacy, Esq.
121 Broad Street
Jefferson, MA 01522

  I hereby certify I caused to be served on the above-named counsel of record a copy of the within motion by first class mail, postage prepaid, on April 18, 2005.