UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN L. BRILMYER<br>    PLAINTIFF<br><br>v.<br><br>UNIVERSITY OF CHICAGO and<br>THE STANDARD INSURANCE COMPANY<br>    DEFENDANTS | CIVIL ACTION<br><br>Docket Number 04-40258 FDS |

### PLAINTIFF'S ANSWER TO ASSENTED-TO MOTION TO RESCHEDULE RULE 16 CONFERENCE

Now comes Karen L. Brilmyer, plaintiff in the above-captioned matter, and confirms that plaintiff assents to the motion as set forth in the Defendants' Motion to Reschedule Rule 16 Conference, but, due to a scheduling conflict which recently arose, plaintiff's counsel is no longer available on May 23, 25 or 27, but remains available on June 2 or 6, and requests that the Rule 16 Conference be rescheduled to either of those two dates.

Karen L. Brilmyer,
By her attorney,

Dated: April 25, 2005

_/s/ Peter C. Lacy_
Peter C. Lacy, Esq. (BBO# 647935)
121 Broad Street
Jefferson, MA 01522
(508) 829-9997

## CERTIFICATE OF SERVICE

TO:

Brooks R. Magratten
Vetter & White
20 Washington Place
Providence, RI 02903

    I hereby certify I caused to be served on the above-named counsel of record a copy of the within answer by first class mail, postage prepaid, on April 25, 2005.

_____

2