UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN L. BRILMYER,<br>　　　Plaintiff | )<br>)　　C.A. No. 04-40258 FDS<br>) |
| v. | )<br>) |
| UNIVERSITY OF CHICAGO<br>AND THE STANDARD<br>INSURANCE COMPANY,<br>　　　Defendants | )<br>)<br>)<br>) |

## PRETRIAL CONFERENCE JOINT STATEMENT

Pursuant to L.R. 16.1 the parties submit the following joint statement:

### I. Joint Discovery Plan

The parties anticipate that a motion for summary judgment, and possibly cross-motions for summary judgment, may be filed. The parties suggest the following briefing schedule:

- Defendant's Motion For Summary Judgment due 7/8/05.
- Plaintiff's Objection and Possible Cross-Motion due 8/12/05.
- Defendant's Reply and/or Objection To Cross-Motion due 9/16/05.

In the event the motion(s) for summary judgment are denied in whole or part, then the parties suggest that they re-convene with the Court to establish deadlines for the close of any discovery that remains.

## II. Certification

The parties and their counsel certify that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternate courses - of litigation and to consider the resolution of the litigation through the use of alternative dispute resolution.

_____
Peter C. Lacy, Esq.
BBO# 647935
Attorney for Plaintiff
121 Broad Street
Jefferson, MA 01522
(508) 829-9997

_____
Brooks R. Magratten, Esq.
BBO# 650393
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 277-6803 [FAX]

Dated: May 25, 2005