UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAREN L. BRILMYER,           )
          Plaintiff           )     C.A. No. 04-40258 FDS
                  )
     v.                     )
                  )
UNIVERSITY OF CHICAGO         )
AND THE STANDARD              )
INSURANCE COMPANY,            )
          Defendants         )

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants University of Chicago (the "University") and Standard Insurance Company ("Standard") move pursuant to F.R.C.P. 56(b) and on the Affidavits of Susan Loeb and H. Kay Derochie for summary judgment dismissing plaintiff's complaint.

The University and Standard file herewith the Affidavits of Susan Loeb and H. Kay Derochie, a Local Rule 56.1 Statement of Undisputed Facts and a supporting memorandum of law.

In the event that the Court should deny this motion in whole or in part, then defendants request that the jury demand in plaintiff's complaint be stricken.

Brooks R. Magratten, Esq. BBO# 650393
Catherine A. Syner, Esq. BBO # 657982
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated:   July 8, 2005

<u>CERTIFICATE OF SERVICE</u>

TO:

Peter C. Lacy, Esq.
121 Broad Street
Jefferson, MA 01522

I hereby certify I caused to be served on the above-named counsel of record a

copy of the within motion for summary judgment by first class mail, postage prepaid, on July 8,

2005.