UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN L. BRILMYER<br>Plaintiff<br><br>v.<br><br>UNIVERSITY OF CHICAGO and<br>THE STANDARD INSURANCE COMPANY<br>Defendants | CIVIL ACTION<br><br>Docket Number 04-40258 FDS |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
## FOR SUMMARY JUDGMENT

NOW COMES Karen L. Brilmyer, plaintiff in the above-captioned matter, in opposition to the Defendant's Motion for Summary Judgment, and in support hereof submits the Affidavit of Karen L. Brilmyer, a Local Rule 56.1 Statement of Undisputed Facts, and a supporting memorandum of law.

Karen L. Brilmyer,
By her attorney,

Dated: August 12, 2005

Peter C. Lacy, Esq.  (BBO# 647935)
800 Main Street
Jefferson, MA 01522
(508) 829-9997

## CERTIFICATE OF SERVICE

TO:

Brooks R. Magratten
Vetter & White
20 Washington Place
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within answer by first class mail, postage prepaid, on April 23, 2005.

_____