UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN L. BRILMYER<br>PLAINTIFF<br><br>v.<br><br>UNIVERSITY OF CHICAGO and<br>THE STANDARD INSURANCE COMPANY<br>DEFENDANTS | CIVIL ACTION<br><br>Docket Number 04-40258 FDS |

**NOTICE OF ADDRESS CHANGE PURSUANT TO LOCAL RULE 83.5.2(e)**

To the Clerk,

Please be aware that my address and facsimile numbers have changes, while the rest of my contact information has remained the same. My complete contact information is now as follows:

        Address:      800 Main Street
                            Holden, MA 01520

        Telephone:  (508) 829-9997
        Facsimile:   (508) 829-9915

        Email address: peterlacyesq@aol.com

Thank you for your attention to this matter.

Sincerely,

Peter C. Lacy

## CERTIFICATE OF SERVICE

TO:

Brooks R. Magratten
Vetter & White
20 Washington Place
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the notice of address change by first class mail, postage prepaid, on August 19, 2005.