AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Karen L. Brilmyer

V.

University of Chicago
and
The Standard Insurance Company

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-40258 FDS

TO: (Name and address of Defendant)

Beth A. Harris
5801 South Ellis Avenue, Room 503
Chicago, IL 60637-1404

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter C. Lacy, Esq.
121 Broad Street
Jefferson, MA 01522

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    12-15-04
CLERK                                           DATE

Sherry Jones
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | January 6, 2005 |
| NAME OF SERVER (PRINT) David A. Jackson, II | TITLE Private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Barbara J. Crawford, Assistant to Beth A. Harr General Counsel Univ. of Chicago

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | $75.00 | $75 ~~$0.00~~xx |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/17/05
            Date              Signature of Server

1507 E. 53rd St. #122
Chicago, IL 60615

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.