AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Karen L. Brilmyer

V.

University of Chicago
and
The Standard Insurance
Company

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-40258 FDS

TO: (Name and address of Defendant)

Michael T. Winslow
Vice President, General Counsel, Corporate Secretary
1100 SW Sixth Avenue
17th Floor
Portland, OR 97207

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter C. Lacy, Esq.
121 Broad Street
Jefferson, MA 01522

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    12-15-04
_____                 _____
CLERK                                           DATE

Sherry Jones
_____
(By) DEPUTY CLERK

≋AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |  |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 1-3-05 | |
| NAME OF SERVER *(PRINT)* Timothy L. Ernst | TITLE PROCESS SERVER | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): served Linda Seger, Receptionist at 1100 SW Sixth Ave #1700, Portland, OR 97204

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-3-05
                Date

Signature of Server

**TRANSERV SYSTEMS, INC.**
**310 S.W. 4th Ave., Suite 200**
**Portland, OR 97204**
Address of Server

OFFICIAL SEAL
LAURICE AVERILL
NOTARY PUBLIC-OREGON
COMMISSION NO. 377595
MY COMMISSION EXPIRES FEB. 19, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.