UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Karen L. Brilmyer,**

                **Plaintiff,**

    V.

**University of Chicago and The Standard Insurance Company,**

              **Defendants,**

CIVIL ACTION

NO. **04-40258-FDS**

## JUDGMENT

**Saylor, D. J.**

    In accordance with the Court's Memorandum and Order dated  **5/5/06**  granting  **defendants'**  motion for summary judgment in the above-entitled action, it is hereby ORDERED:

    Judgment for the  **Defendants**

By the Court,

    **5/5/06**
    Date

**/s/ Martin Castles**
**Deputy Clerk**