UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN L. BRILMYER<br>            PLAINTIFF<br><br>v.<br><br>UNIVERSITY OF CHICAGO and<br>THE STANDARD INSURANCE COMPANY<br>            DEFENDANTS | CIVIL ACTION<br><br>Docket Number 04-40258 FDS |

NOTICE OF APPEAL

The Plaintiff hereby appeals from the judgment entered in the above captioned case on May 5, 2006.

Respectfully submitted,
Karen L. Brilmyer,
By her attorney

/s/    *Peter C Lacy*
Peter C. Lacy, Esq.
800 Main Street
Holden, MA  01520
BBO # 647935
508-829-9997