UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN L. BRILMYER,<br><br>        Plaintiff,<br><br>   v.<br><br>UNIVERSITY OF CHICAGO and<br>THE STANDARD INSURANCE<br>COMPANY,<br>        Defendants. | Civil Action No. 04-40258-FDS |

NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE HEREBY that the undersigned is appearing in the above captioned matter as Of Counsel to the firm of Peter C. Lacy, Esq., attorney for the plaintiff.

  Notwithstanding this appearance, all documents intended to be served on the plaintiff should be mailed by first class mail to the address stated below.

June 5, 2006

                        Respectfully submitted,

                        /s/ *David G. Baker*
                        David G. Baker (BBO# 634889)
                        C/o Law Office of Peter C. Lacy
                        800 Main Street
                        Holden, MA  01520
                        508-829-9997