# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-40258

Karen L. Brilmyer

v.

University of Chicago

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-27

and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/5/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 6/5/06.

Sarah A Thornton, Clerk of Court

By: _/s/ Kathy Hassett_
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

O:\Forms\Local\ClerksCertificate-COA.frm- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:04-cv-40258-FDS
### Internal Use Only

Brilmyer v. University of Chicago et al  
Assigned to: Judge F. Dennis Saylor, IV  
Cause: 29:1132 E.R.I.S.A.-Employee Benefits

Date Filed: 12/15/2004  
Jury Demand: Plaintiff  
Nature of Suit: 791 Labor: E.R.I.S.A.  
Jurisdiction: Federal Question

**Plaintiff**

**Karen L. Brilmyer**                represented by **Peter C. Lacy**
The Law Office of Peter C. Lacy
800 Main Street
Holden, MA 01520
508-829-9997
Fax: 508-829-9915
Email: peterlacyesq@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David G. Baker**
105 Union Wharf
Boston, MA 02109
617-367-4260
Fax: 617-507-8411
Email: dbaker@bakerlawoffices.net
*ATTORNEY TO BE NOTICED*

I hereby certify on 6/5/06 that the foregoing document is true and correct copy of the
☑ electronic docket in the captioned case
☐ electronically filed original filed on _____
☐ original filed in my office on _____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

V.

**Defendant**

**University of Chicago**            represented by **Brooks R. Magratten**
Vetter & White
20 Washington Place
Providence, RI 02903
401-421-3060
Fax: 401-272-6803
Email: bmagratten@vetterandwhite.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catherine A. Syner**
Vetter & White

        20 Washington Place  
        Providence, RI 02903  
        401-421-3060  
        Fax: 401-272-6803  
        Email: csyner@vetterandwhite.com  
        *LEAD ATTORNEY*  
        *ATTORNEY TO BE NOTICED*

**Defendant**

**The Standard Insurance Company**    represented by  **Brooks R. Magratten**  
    (See above for address)  
    *LEAD ATTORNEY*  
    *ATTORNEY TO BE NOTICED*

    **Catherine A. Syner**  
    (See above for address)  
    *LEAD ATTORNEY*  
    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2004 | 1 | COMPLAINT against The Standard Insurance Company, University of Chicago Filing fee: $ 150, receipt number 404475, filed by Karen L. Brilmyer.(Jones, Sherry) (Entered: 12/15/2004) |
| 12/15/2004 |  | Summons Issued as to The Standard Insurance Company, University of Chicago. (Jones, Sherry) (Entered: 12/15/2004) |
| 01/12/2005 | 2 | STIPULATION *of extension* of time to January 31, 2005 to respond to complaint by The Standard Insurance Company. (Magratten, Brooks) (added text to entry as to what the stipulation applies to Modified on 1/13/2005 (Jones, Sherry). (Entered: 01/12/2005) |
| 01/28/2005 | 3 | STIPULATION *of enlargement* by The Standard Insurance Company. (Magratten, Brooks) (Entered: 01/28/2005) |
| 02/18/2005 | 4 | ANSWER to Complaint by University of Chicago.(Magratten, Brooks) (Entered: 02/18/2005) |
| 02/18/2005 | 5 | ANSWER to Complaint by The Standard Insurance Company.(Magratten, Brooks) (Entered: 02/18/2005) |
| 04/15/2005 |  | ***Attorney Brooks R. Magratten for University of Chicago and The Standard Insurance Company added. (Castles, Martin) (Entered: 04/15/2005) |
| 04/15/2005 | 6 | NOTICE of Scheduling Conference: Scheduling Conference set for 5/20/2005 10:15 AM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 04/15/2005) |

| 04/18/2005 | ⑦ | MOTION reschedule rule 16 conference by The Standard Insurance Company.(Magratten, Brooks) (Entered: 04/18/2005) |
|---|---|---|
| 04/25/2005 |  | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 7 Motion to reschedule. (Castles, Martin) (Entered: 04/25/2005) |
| 04/25/2005 |  | Reset Hearings: Scheduling Conference reset for Monday 5/23/2005 at 3:00PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 04/25/2005) |
| 04/26/2005 | ⑧ | NOTICE of ASSENT to reschedule Rule 16 conference by Karen L. Brilmyer, c/s. (Hassett, Kathy) (Entered: 04/26/2005) |
| 04/26/2005 |  | Reset Hearings: Scheduling Conference is reset for Thursday 6/2/2005 at 10:30AM in Courtroom 2 before Judge F. Dennis Saylor IV. (see counsel's letter dated 4/25/05, document #8.) (Castles, Martin) (Entered: 04/26/2005) |
| 05/26/2005 | ⑨ | JOINT STATEMENT regarding Scheduling conference(Magratten, Brooks) Modified on 5/27/2005 (Jones, Sherry). (Entered: 05/26/2005) |
| 06/02/2005 |  | Electronic Clerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Scheduling Conference held on 6/2/2005. Case called, Counsel appear for scheduling conference. Court adopts parties joint statement,Defendant's summary judgment motion due by 7/8/2005, Plaintiff's objection/cross motion due 8/12/05, Dft's reply/response due 9/16/05, Plaintiff's reply due 9/30/05. Hearing on motions set for 10/18/2005 at 3:00PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Court Reporter Kusa-Ryll.) (Castles, Martin) (Entered: 06/02/2005) |
| 07/08/2005 | ⑩ | MOTION for Summary Judgment by University of Chicago, The Standard Insurance Company, c/s.(Hassett, Kathy) (Entered: 07/08/2005) |
| 07/08/2005 | ⑪ | MEMORANDUM in Support re 10 MOTION for Summary Judgment filed by University of Chicago, The Standard Insurance Company, c/s. (Hassett, Kathy) (Entered: 07/08/2005) |
| 07/08/2005 | ⑫ | STATEMENT of undisputed facts re 10 MOTION for Summary Judgment, c/s. (Hassett, Kathy) (Entered: 07/08/2005) |
| 07/08/2005 | ⑬ | AFFIDAVIT of Susan Loeb in Support re 10 MOTION for Summary Judgment filed by University of Chicago, The Standard Insurance Company, c/s. (Hassett, Kathy) (Entered: 07/08/2005) |
| 07/08/2005 | ⑭ | AFFIDAVIT of H. Kay Derochie in Support re 10 MOTION for Summary Judgment filed by University of Chicago, The Standard Insurance Company, c/s. (Hassett, Kathy) (Entered: 07/08/2005) |
| 08/12/2005 | ⑮ | Opposition re 10 MOTION for Summary Judgment filed by Karen L. Brilmyer, c/s. (Hassett, Kathy) (Entered: 08/12/2005) |
| 08/12/2005 | ⑯ | MEMORANDUM in Support by Karen L. Brilmyer to 15 Opposition to Motion, c/s. (Hassett, Kathy) (Entered: 08/12/2005) |

| | | |
|---|---|---|
| 08/12/2005 | 17 | STATEMENT of Undisputed Facts, c/s. (Hassett, Kathy) (Entered: 08/12/2005) |
| 08/22/2005 | 18 | AFFIDAVIT of Karen L. Brilmyer in Opposition re 10 MOTION for Summary Judgment filed by Karen L. Brilmyer. (Jones, Sherry) (Entered: 08/22/2005) |
| 08/22/2005 | 19 | NOTICE of Change of Address by Peter C. Lacy, c/s. (Jones, Sherry) (Entered: 08/22/2005) |
| 09/14/2005 | 20 | REPLY to Response to Motion re 10 MOTION for Summary Judgment filed by The Standard Insurance Company. (Magratten, Brooks) (Entered: 09/14/2005) |
| 10/03/2005 | 21 | SUR-REPLY to Motion re 10 MOTION for Summary Judgment filed by Karen L. Brilmyer, c/s. (Jones, Sherry) (Entered: 10/03/2005) |
| 10/12/2005 | | ***Deadlines terminated. (Castles, Martin) (Entered: 10/12/2005) |
| 10/12/2005 | | HEARING REMINDER TO COUNSEL: Hearing as to 10 MOTION for Summary Judgment. Motion Hearing is set for Tuesday 10/18/2005 at 3:00PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 10/12/2005) |
| 10/18/2005 | 22 | SUMMONS Returned Executed University of Chicago served on 1/6/2005, answer due 1/26/2005. (Hassett, Kathy) (Entered: 10/18/2005) |
| 10/18/2005 | 23 | SUMMONS Returned Executed The Standard Insurance Company served on 1/3/2005, answer due 1/24/2005. (Hassett, Kathy) (Entered: 10/18/2005) |
| 10/18/2005 | | Attorney Catherine A. Syner for University of Chicago and The Standard Insurance Company added. (Castles, Martin) (Entered: 10/18/2005) |
| 10/18/2005 | | ElectronicClerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Motion Hearing held on 10/18/2005 re: 10 MOTION for Summary Judgment filed by University of Chicago and The Standard Insurance Company, Case called, Counsel appear for motion hearing, Court hears arguments of counsel, Court takes motion under advisement. (Court Reporter M. Kusa-Ryll.) (Castles, Martin) (Entered: 10/18/2005) |
| 05/05/2006 | 24 | Judge F. Dennis Saylor IV: MEMORANDUM AND ORDER entered granting 10 Motion for Summary Judgment. (Castles, Martin) (Entered: 05/05/2006) |
| 05/05/2006 | 25 | Judge F. Dennis Saylor IV: ORDER entered. JUDGMENT in favor of Defendants against Plaintiff.(Castles, Martin) (Entered: 05/05/2006) |
| 06/02/2006 | 26 | NOTICE OF APPEAL as to 24 Order on Motion for Summary Judgment, 25 Judgment by Karen L. Brilmyer. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed |

|            |      | and submitted to the Court of Appeals. Appeal Record due by 6/22/2006. (Baker, David) (Entered: 06/02/2006) |
|------------|------|---|
| 06/05/2006 | 27   | NOTICE of Appearance by David G. Baker on behalf of Karen L. Brilmyer (Baker, David) (Entered: 06/05/2006) |