UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2006 JUN -9 A 11: 31

USDC Docket Number : 04-40258

Karen L. Brilmyer

v.

University of Chicago

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-27

and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/5/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 6/5/06 .

Sarah A Thornton, Clerk of Court

By: Kathy Hassett
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 6·7·06 .

SC
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-1889

O:\Forms\Local\ClerksCertificate-COA.frm- 3/06