UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| KAREN L. BRILMYER<br><br>Appellant<br><br>v.<br><br>UNIVERSITY OF CHICAGO and<br>THE STANDARD INSURANCE COMPANY<br><br>Appellees | Appeal No. 06-1889 |

**ASSENTED TO MOTION TO DISMISS APPEAL**

NOW COMES Karen L. Brilmyer, plaintiff in the above-captioned matter, and moves this Court to dismiss this matter pursuant to FRAP 42(b) without costs to either party. In support of this motion, Brilmyer states that she no longer desires to pursue an appeal.

Karen L. Brilmyer,
By her attorney,

Dated: _____

_____
Peter C. Lacy, Esq. (BBO# 647935)
800 Main Street
Jefferson, MA 01522
(508) 829-9997

I, Brooks Magratten, being counsel of record in the above-captioned matter for both University of Chicago and The Standard Insurance Company, defendants, hereby assent to the Motion to Dismiss Appeal.

_____
Brooks Magratten, Esq.

## CERTIFICATE OF SERVICE

TO:

Brooks R. Magratten
Vetter & White
20 Washington Place
Providence, RI 02903

    I hereby certify I caused to be served on the above-named counsel of record a copy of the within Motion to Dismiss Appeal by first class mail, postage prepaid, on June 21, 2006.

Dated: *[signature]*

                                              Peter C. Lacy, Esq. (BBO# 647935)
                                              800 Main Street
                                              Jefferson, MA 01522
                                              (508) 829-9997