

# United States Court of Appeals
## For the First Circuit

04-40258
Massachusetts (w
F. Saylor

No. 06-1889

KAREN L. BRILMYER

Plaintiff - Appellant

v.

UNIVERSITY OF CHICAGO; THE STANDARD
INSURANCE COMPANY

Defendants - Appellees

**JUDGMENT**

Entered: June 28, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 6·28·06

By the Court:
Richard Cushing Donovan, Clerk

**AMY B. LEDERER**
By_____
Appeals Attorney

[cc: Peter C. Lacy, Esq., David G. Baker, Esq., Brooks R. Magratten, Esq., Catherine A. Syner, Esq.]